```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF OKLAHOMA
```

SANDRA MILLER,                )
                              )
        Plaintiff,             )
                              )
v.                            )        No. CIV-07-91-FHS
                              )
MICHAEL J. ASTRUE,            )
Commissioner of Social        )
Security Administration,      )
                              )
        Defendant.             )

## ORDER

Before the court for its consideration is the Commissioner's unopposed motion to remand based upon the errors of the Administrative Law Judge ("ALJ") in the formulation of Plaintiff's residual functional capacity assessment and in the credibility analysis of Plaintiff's subjective complaints. Having reviewed the motion and the record in this case, the court finds that the Commissioner's motion should be granted and this action should be reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the reasons set forth in the Commissioner's motion. The Commissioner's unopposed motion to remand is granted.

It is so ordered this 19th day of December, 2007.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma